# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILOU TIBON, AN INDIVIDUAL; JAIME TIBON, AN INDIVIDUAL;<br><br>Plaintiff,<br><br>v.<br><br>DHI MORTGAGE - PHOENIX SUB PRIME, LTD., L.P., et al.,<br><br>Defendants. | Case No. EDCV 09-01857-VAP (SHx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Defendant HSBC Mortgage Corporation is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  November 13, 2009

VIRGINIA A. PHILLIPS
United States District Judge