O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILOU TIBON, AN INDIVIDUAL; JAIME TIBON, AN INDIVIDUAL;<br><br>Plaintiff,<br><br>v.<br><br>DHI MORTGAGE - PHOENIX SUB PRIME, LTD., L.P., et al.,<br><br>Defendants. | Case No. EDCV 09-01857-VAP (SHx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Defendants DHI Mortgage Company, Ltd. L.P. (erroneously sued as DHI Mortgage — Phoenix Sub Prime, Ltd., L.P.), D.R. Horton Los Angeles Holding Company, Inc. (erroneously sued as D.R. Horton, Inc.), and Linda Rachele is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  November 19, 2009

VIRGINIA A. PHILLIPS
United States District Judge